Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MARKELS and ALLEN ZIMAN, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>AARP,<br><br>              Defendant. | Case No. 4:22-cv-05499-YGR<br><br>**STATEMENT OF RECENT DECISION** |

1  Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs attach a recent decision denying the motion to
2  dismiss in *Goldstein, et al. v. Fandango Media, LLC*, Case No. 9:22-cv-80569-KAM (S.D. Fla. Mar. 7,
3  2023), ECF No. 57 (Exhibit A hereto).

Dated: March 8, 2023                               Respectfully submitted,

                                     By: */s/ Simon S. Grille*
                                          Adam E. Polk (SBN 273000)
                                          Simon Grille (SBN 294914)
                                          Kimberly Macey (SBN 342019)
                                       **GIRARD SHARP LLP**
                                       601 California Street, Suite 1400
                                       San Francisco, CA 94108
                                       Telephone: (415) 981-4800
                                       apolk@girardsharp.com
                                       sgrille@girardsharp.com
                                       kmacey@girardsharp.com

                                       *Attorneys for Plaintiffs*