Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MARKELS and ALLEN ZIMAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>AARP,<br><br>         Defendant. | Case No. 4:22-cv-05499-YGR<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs attach a recent decision denying the motion to dismiss in *Jasmine Harris v. Public Broadcasting Service*, Case No. 1:22-cv-2456-MLB (N.D. Ga. Mar. 20, 2023), ECF No. 40 (Exhibit A hereto).

Dated: March 24, 2023                                Respectfully submitted,

By: */s/ Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*